## LOU WHEELER v. STATE.

No. A-8817. June 14, 1935.

(46 Pac. [2d] 1117.)

King & Crawford, for plaintiff in error.

J. Berry King, Atty. Gen., and J. H. Lawson, Sp. Asst. Atty. Gen., for the State.

PER CURIAM. The death of plaintiff in error suggested, and proof filed showing that the plaintiff in error died on or about the 28th day of May, 1935.

It is ordered that the case against plaintiff in error be abated.